## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JESUS M. DIAZ                                     Chapter 13


                        Debtor                    Bankruptcy No. 16-12651-ELF


**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

        **AND NOW**, this ___23rd___ day of ___Aug_____, 2016 upon consideration of the Motion
to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that
counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated
(if such has not been previously filed); and it is further

        **ORDERED**, that any wage orders are hereby vacated.


_____
                                    Eric L. Frank
                                    ChiefBankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ERIK B JENSEN, P.C.
1528 WALNUT ST
SUITE 1401
PHILA, PA 19102-


Debtor:
JESUS M. DIAZ

3943 North 7th Street

Philadelphia, PA 19140-