United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                       Case No. 16-12651-elf
Jesus M. Diaz                                                                Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Aug 24, 2016
                              Form ID: pdf900          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2016.
```
db          +Jesus M. Diaz,    3943 North 7th Street,    Philadelphia, PA 19140-3205
13709805    +Erik B. Jensen P.C.,    1528 Walnut Street,    Suite 1401,    Philadelphia, PA 19102-3610
13709806    +First Premier Bank,    PO Box 5524,    Sioux Falls, SD 57117-5524
13709807    +Iris Noboa,    3943 North 7th Street,    Philadelphia, PA 19140-3205
13730957    +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13709808    +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    PO Box 26648,
              Oklahoma City, OK 73126-0648
13709810    +PECO,    PO Box 13439,    Philadelphia, PA 19101-3439
13709811    +PGW,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13709812    +Philadelphia Water Department,    Water Revenue Bureau,    1401 JFK Boulevard,
              Philadelphia, PA 19102-1663
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Aug 25 2016 01:59:41    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 25 2016 01:59:08
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 25 2016 01:59:31    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13709803    +E-mail/Text: bankruptcy@cavps.com Aug 25 2016 01:59:27    Calvary Portfolio Services,
              Attention:  Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
13748548    +E-mail/Text: bankruptcy@cavps.com Aug 25 2016 01:59:28    Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13709804    +E-mail/Text: bankruptcy@phila.gov Aug 25 2016 01:59:41    City of Philadelphia,
              1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1611
13709809     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 25 2016 01:59:08    PA Department of Revenue,
              Bankruptcy Division,    PO Boc 280946,    Harrisburg, PA 17128-0946
                                                                                              TOTAL: 7
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2016 at the address(es) listed below:
```
              ERIK B. JENSEN    on behalf of Debtor Jesus M. Diaz john@erikjensenlaw.com,
               regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 4
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JESUS M. DIAZ                              Chapter 13

                    Debtor                 Bankruptcy No. 16-12651-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___23rd___ day of ___Aug___, 2016 upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Eric L. Frank
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ERIK B JENSEN, P.C.
1528 WALNUT ST
SUITE 1401
PHILA, PA 19102-

Debtor:
JESUS M. DIAZ

3943 North 7th Street

Philadelphia, PA 19140-